IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ATUNDO KANILI,
a/k/a ATUNDO WILLIAMS,
    Petitioner,

vs.                              Case No. 3:11cv90/RV/EMT

EDWIN G. BUSS,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Petitioner commenced this action by filing a habeas petition under 28 U.S.C. § 2254 (Doc. 1).  Petitioner subsequently filed an amended petition (Doc. 14).  On May 16, 2011, this court entered an order giving Petitioner twenty-one (21) days in which to provide two copies of his amended petition (Doc. 15).  Petitioner failed to comply with the order; therefore, on June 13, 2011, the court issued an order requiring Petitioner to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 16).  The time for compliance with the show cause order has now elapsed, and Petitioner has failed to provide the services copies of his amended petition.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

        At Pensacola, Florida, this 15th day of July 2011.

                                          /s/ *Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**