IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ATUNDO KANILI,
a/k/a ATUNDO WILLIAMS,
    Petitioner,

vs.                                    Case No. 3:11cv90/RV/EMT

EDWIN G. BUSS,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 15, 2011 (Doc. 17).  Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  This case is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

**DONE AND ORDERED** this 24th day of August, 2011.

                                          /s/ *Roger Vinson*
                                          **ROGER VINSON**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**